**United States District Court**
**Violation Notice**

CVB Location Code: MN 8

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6411632 | PETERSON | 2749 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 04/14/19 @ 1015

Offense Charged: ☑ CFR ☐ USC ☐ State Code

38 CFR 1.218(b) 11

Place of Offense: WARD 1K

MINNEAPOLIS VA

ONE VETERANS DR MPLS MN 55417

Offense Description: Factual Basis for Charge    HAZMAT ☐

DISORDERLY CONDUCT

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| MILLER | JEFFREY | L |

(black redaction box)

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

☐ A  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

☑ B  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 250 — Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 280 — Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature  UNAVAILABLE TO SIGN

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 05/03/2019 14:20

(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/03/2019 14:20