**United States District Court**
**Violation Notice**

MN8

(For issuance of an arrest warrant or summons)

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 6411631 | PETERSON | 2749 |

6411631

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 04/14/19 @ 1018

Offense Charged: ☑ CFR ☐ USC ☐ State Code

38 CFR 1.218(b)4

Place of Offense: WARD, 1K VA MINNEAPOLIS, ONE VETERAN DR MPLS MN 55417

Offense Description Factual Basis for Charge    HAZMAT ☐

WILLFUL DESTRUCTION, DAMAGE, OR REMOVAL OF GOVERNMENT PROPERTY

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| MILLER | JEFFREY | L |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

CVB SCAN 05/03/2019 14:20

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature  UNAVAILABLE TO SIGN

(Rev. 09/2015)    Original - CVB Copy

---

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident