RECEIVED
JUL 08 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

## STUDENT PRACTICE CERTIFICATION AND NOTICE OF APPEARANCE OF STUDENT ATTORNEY

Local Rule 83.8 requires that before a law student practices before this Court, this form must be completed and submitted by the law student's supervising attorney to the Clerk's Office by emailing the form to ecfhelpdesk@mnd.uscourts.gov. This document must also be filed as a notice of appearance in each case in which the law student appears.

| | |
|---|---|
| Supervising Attorney's Name | Ruth Shnider |
| Supervising Attorney's Employer | U.S. Attorney's Office, District of Minnesota |
| Law Student's Name | Colin Trundle |
| Law Student's Address | 729 8th Avenue Southeast #4B Minneapolis, MN 55414 |
| Law Student's Phone Number | 612-664-5593 |
| Law Student's Email Address | colin.trundle@usdoj.gov |
| Law Student's Law School and Year | University of Minnesota Class of 2020 |

By signing below, I certify that:

1. I will assume full responsibility for the above-identified law student's work and will accompany the law student to, and be prepared to assist the law student at, every court appearance.

2. I have verified that the above-identified law student meets the requirements of LR 83.8(b).

SCANNED
JUL 0 8 2019
U.S. DISTRICT COURT ST. PAUL

3. I have obtained verification from the law student's law school that the student is enrolled in a law school accredited by the American Bar Association and has completed the equivalent of at least two semesters of full-time study.

4. The law student will not accept compensation in connection with the matter, except as authorized under LR 83.8(b)(5).

| Date | Signature of Supervising Attorney |
|---|---|
| 7/8/19 | *[signature]* |